### FENDRICK v. FENDRICK ET AL.

1. **Gift:** EVIDENCE NOT ESTABLISHING. The evidence in this case (not set out in opinion) *held* insufficient to establish the gift of a farm by plaintiff to defendant.

*Appeal from Carroll Circuit Court.*

FRIDAY, DECEMBER 11.

THIS is an action in equity to recover the purchase money of certain real estate alleged to have been conveyed by the plaintiff to the defendant, and to establish and enforce a vendor's lien upon the same. There was a decree in the court below for the plaintiff. Defendants appeal.

*J. M. Drees* and *M. W. Beach*, for appellants.

*Bowen & Cloud*, for appellee.

ROTHROCK, J.—The land was conveyed by the plaintiff to the defendant Anton Fendrick on the twentieth day of February, 1882. The deed of conveyance expressed a consideration of $2,500. There was a mortgage on the land for $1,500, which, by the terms of the deed, Anton Fendrick agreed to pay. The balance of $1,000 is the subject of this controversy. The defendants do not claim that this sum has been paid, but their contention is that the farm was a gift or present from plaintiff to the defendant. The case turns upon this question of fact. A careful examination of the evidence has led us to the conclusion that the decree of the court below is correct. As the case involves no other question, further elaboration is unnecessary.

AFFIRMED.